IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:09CV00042 SWW |
| | * | |
| JEFFREY L. PETTY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Order**

Plaintiff brought this action seeking recovery of amounts due under an open account. Defendant was served with summons on February 13, 2009, and failed to answer or otherwise respond. On April 24, 2009, the Clerk entered a default against defendant. Now before the Court is plaintiff's motion for default judgment pursuant to Fed.R.Civ.P.55. There has been no timely response. The motion [docket entry 6] is granted. Judgment will be entered accordingly.

DATED this 11th day of June, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE