IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| HELENA CHEMICAL COMPANY, | * |
| Plaintiff, | * |
| vs. | *  No. 5:09CV00042 SWW |
| JEFFREY L. PETTY, | * |
| Defendant. | * |

## Default Judgment

Pursuant to the Order entered in this matter on this date, judgment is hereby entered against Jeffrey L. Petty in the amount of One Hundred and Fifty Thousand Four Hundred Thirty Dollars and Forty-Six Cents ($150,430.46), plus costs in the amount of Four Hundred Dollars and No Cents ($400.00), attorney's fees and expenses incurred herein in the amount of One Thousand Two Hundred Eight and 25/100 Dollars ($1,208.25), and post-judgment interest plus post-judgment interest at the rate of 0.50 % per annum.

DATED this 11th day of June, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE